1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:25-MJ-00094-BAM |
| Plaintiff, | |
| v. | **ORDER UNSEALING COMPLAINT** |
| STEVE PAUL GARCIA, | |
| Defendant. | |

The United States, having arrested the defendant, Steve Paul Garcia, on a complaint and arrest warrant and the need for sealing the complaint has ceased;

IT IS ORDERED that the complaint and arrest warrant shall be unsealed as to defendant Steve Paul Garcia.

Dated:    8/28/25

_____
Hon. Barbara A. McAuliffe
United States Magistrate Judge

1