JOHN F. GARLAND  #117554
Attorney at Law
2950 Mariposa Street, Suite 130
Fresno, California  93721

Telephone:  (559) 497-6132

Attorney for Defendant,
STEVEN PAUL GARCIA

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVEN PAUL  GARCIA,<br><br>    Defendant**.** | Case No. 1:25-CR-00178- JLT-SAB<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON**<br><br>**DATE: May 20, 2026**<br>**TIME: 1:00 p.m.**<br>**Courtroom Nine**<br><br>**Honorable Stanley A. Boone** |

Defendant, STEVEN PAUL GARCIA, by and through his counsel, John F. Garland and the United States of America, by and through its counsel, Eric Grant, United States Attorney and Cody S. Chapple Assistant United States Attorney, hereby stipulate to continue the previously set Status Conference from April 15, 2026 to **May 20**, **2026** at **1:00 p.m.** This continuance is necessary due to the unavailability of the Court.

The parties further stipulate to exclude time under the Speedy Trial Act, 18 U.S.C. Section 3161(h)(7)(A) and (B)(iv)  - that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial.

Dated:  April 9, 2026                 /s/ John F. Garland
                                    John F. Garland
                               Attorney for Defendant
                             STEVEN PAUL GARCIA

Dated:  April 9, 2026                     Eric Grant
                                United States Attorney

                              /s/ Cody S. Chapple
                        By:   Cody S. Chapple
                        Assistant U.S. Attorney

### ORDER

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that the Status Conference for defendant STEVEN PAUL

GARCIA is continued to May 20, 2026 at 1:00 p.m. The period from April 15, 2026, through

May 20, 2026, shall be excluded pursuant to 18 U.S.C. Section 3161(h)(7)(A) and (B)(iv).

The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **April 9, 2026**   _____

             STANLEY A. BOONE
             United States Magistrate Judge

2