ERIC GRANT
United States Attorney
CODY S. CHAPPLE
CHAN HEE CHU
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STEVEN PAUL GARCIA,<br>Defendant. | CASE NO. 1:25-CR-00178-JLT-SAB<br><br>**STIPULATION TO SET OPEN CHANGE OF PLEA HEARING; AND ORDER** |

The parties stipulate as follows:

1. A grand jury filed an indictment against the defendant on September 4, 2025. ECF No. 14. He was arraigned the following day. The parties continued this case several times and it is now set for trial on August 25, 2026, with time excluded to that date. A pretrial scheduling order has been issued. ECF No. 35.

2. Now, the parties have met and conferred, and the defendant intends to enter an open plea of guilty. The parties have agreed to a factual basis. The parties therefore request the Court set a change of plea hearing on August 3, 2026. This date was cleared with the Court. The parties will move to vacate the trial as to this defendant at the conclusion of the hearing.

///

///

3. The parties also stipulate to resetting the deadline to file motions in limine from July 28, 2026, to August 3, 2026, and replies from August 3, 2026, to August 7, 2026.

IT IS SO STIPULATED.

Dated: July 27, 2026

ERIC GRANT
United States Attorney

*/s/ Cody Chapple*
Cody Chapple
Arin Heinz
Assistant United States Attorney

Dated: July 27, 2026

*/s/ John F. Garland*
John F. Garland
Law Offices of John Garland
Counsel for Steven Paul Garcia

**ORDER**

The Court has read and considered the parties' stipulation to set a change of plea hearing. A change-of-plea hearing is hereby set for August 3, 2026, at 9:00 a.m., as to defendant Steven Paul Garcia, before District Judge Jennifer L. Thurston.

In the event the change of plea does not go forward, Section IV of the pretrial order (ECF No. 35) is modified as follows: The parties may file with the Court motions in limine, if any, no later than 4:00 pm on August 3, 2026. Any opposition briefs to the motions in limine shall be filed no later than 4:00 pm on August 7, 2026.

IT IS SO ORDERED.

Dated: July 29, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE