JOHN F. GARLAND #117554
Attorney at Law
2950 Mariposa Street, Suite 130
Fresno, California 93721

Telephone: (559) 497-6132

Attorney for Defendant,
STEVEN PAUL GARCIA

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEVEN PAUL GARCIA,

Defendant.

Case No. 1:25-CR-00178-JLT-SAB

**STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER THEREON**

**DATE: November 9, 2026**
**TIME: 9:00 a.m.**
**Courtroom Four**

**Honorable Jennifer L. Thurston**

Defendant, STEVEN PAUL GARCIA, by and through his counsel, John F. Garland and the United States of America, by and through its counsel, Eric Grant, United States Attorney and Cody S. Chapple, Assistant United States Attorney, hereby stipulate to continue the defendant's sentencing hearing from October 26, 2026 to **November 9, 2026** at **9:00 a.m.** This continuance is necessary because the defendant and defense counsel need additional time to prepare the defendant's sentencing memorandum and exhibits thereto.

The United States Probation Officer has been notified of this stipulation and has no objection to the proposed sentencing date.

No exclusion of time is necessary as the matter is set for sentencing.

///

**IT IS SO STIPULATED.**

Dated: October 21, 2026

/s/ John F. Garland
John F. Garland
Attorney for Defendant
STEVEN PAUL GARCIA

Dated: October 21, 2026

Eric Grant
United States Attorney

/s/ Cody S. Chapple
By: Cody S. Chapple
Assistant U.S. Attorney

**ORDER**

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that the sentencing hearing for defendant STEVEN PAUL GARCIA is continued to November 9, 2026 at 9:00 a.m.

IT IS SO ORDERED.

Dated: _October 22, 2026_

UNITED STATES DISTRICT JUDGE